**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00844-CV**

**IN RE J.H., Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 95585-422**

## ORDER

Before the Court is real party in interest's October 6, 2020 motion for sanctions. We **DENY** the motion.


/s/    JOHN G. BROWNING
        JUSTICE